Argued and submitted July 24, affirmed December 11, 1996

RAUL SANCHEZ PEREZ,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A90127 (Control), CA A90645)
(Cases Consolidated)

927 P2d 1121

Eric M. Cumfer, Deputy Public Defender, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender.

Mary H. Williams, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of an order of the Board of Parole and Post-Prison Supervision establishing conditions of post-prison supervision, including a declaration that petitioner is a predatory sex offender. ORS 181.585 to ORS 181.589.

Petitioner's arguments are resolved contrary to his position by our decisions in *Schuch v. Board of Parole*, 139 Or App 327, 912 P2d 403, *rev den* 324 Or 78 (1996), and *Gress v. Board of Parole*, 143 Or App 7, 924 P2d 329, *on recons* 144 Or App 375, 927 P2d 138 (1996).

Affirmed.